HANNAH PRESTIGE V. OBADIAH PRESTIGE.

The statutes regulating appeals and writs of error to the Supreme Court require a bond for costs at least, in all cases without exception; and the statute (O. W. Dig., Art. 521,) dispensing with security for costs where the party makes affidavit that he is too poor to give the bond, has application to the District Court only.

APPEAL from Cherokee.   Tried below before the Hon. R. A. Reeves.

Hannah Prestige brought suit in the District Court against Obadiah Prestige.   Defendant filed a motion to require the plaintiff to give security for the costs, and the plaintiff making the affidavit prescribed by the statute, that she was too poor to pay the fees of office, and on account of her poverty was unable to give security for the costs, was permitted to prosecute her cause without security.

Verdict and judgment was rendered for the defendant, and the plaintiff gave notice of appeal to the Supreme Court, and in the stead of an appeal bond, filed an affidavit stating that she was too poor to pay the fees of office, and on account of her poverty, was unable to give an appeal bond.

The transcript of the record was therefore sent up, and filed in the Supreme Court.   The appellee filed a motion to dismiss the appeal, because the appellant had given no appeal bond.

*A. J. Hood,* for the appellant.

*Donley & Anderson,* for the appellee.

ROBERTS, J.—There is no appeal bond and appellee, on this account, moves to dismiss the appeal.   In the record is found an affidavit of the appellant, that she is too poor to give an appeal bond.   The statute under which this affidavit is made applies to proceedings in the District Court, and not in the Supreme Court. (O. & W. Dig., Art. 521.)   The statutes regulating appeals and

writs of error to the Supreme Court, require a bond for costs at least, in all cases without any exception. (O. & W. Dig., Arts. 551, 557.) This has been so held by this court previously. (A case from San Augustine District Court at Tyler, '58 or '59. Holloway v. ————.) Appeal must be dismissed.

Appeal dismissed.